UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x CV 05 0917 (GAR)
DAPHNE BENTLEY,

                Plaintiff,

    -against-                            **AFFIDAVIT OF SERVICE**

PEACE AND QUIET REALTY 2 LLC, A.G. PARKER
INC., JOHN PARKER and ROBERT THOMAS,

                Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF KINGS      )

        ROBERT STATEN, being duly sworn, deposes and says:

        1. I am not a party to this proceeding, I am over 18 years of age, and I am employed by The Legal Aid Society, Brooklyn Office for the Aging, 111 Livingston Street, 7th Floor, Brooklyn, New York 11201.

        2. On March 7, 2005 I served a true copy of plaintiff's ORDER TO SHOW CAUSE returnable March 17, 2005 and MEMORANDUM OF LAW IN SUPPORT THEREOF on the law office of Lionel Alan Marks, Esq., by delivering a copy of said documents to Mr. Marks' office at 61 Broadway, Suite 300, New York, New York.

                                                           _____
                                                             ROBERT STATEN

Sworn to before me this
7th day of March, 2005

_____
NOTARY PUBLIC
    RICHARD JACK
Notary Public, State of New York
    No. 01JA5033554
Qualified in New York County
Commission Expires Sept. 19, 20 05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x CV 05 0917 (GAR)
DAPHNE BENTLEY,

        Plaintiff,

-against-                                                                    **AFFIDAVIT OF SERVICE**

PEACE AND QUIET REALTY 2 LLC, A.G. PARKER
INC., JOHN PARKER and ROBERT THOMAS,

        Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF KINGS     )

    RICHARD JACK being duly sworn, deposes and says:

    1. I am not a party to this proceeding, I am over 18 years of age, and I am employed by The Legal Aid Society, Brooklyn Office for the Aging, 111 Livingston Street, 7th Floor, Brooklyn, New York 11201.

    2. On March 4, 2005 I served true copies of plaintiff's ORDER TO SHOW CAUSE returnable March 17, 2005 and MEMORANDUM OF LAW IN SUPPORT THEREOF on each of the four defendants herein by United States Express Mail by depositing said documents in an official depository under the exclusive care of the U.S. Postal Service within the State in properly stamped envelopes with postage affixed thereto addressed as follows:

PEACE & QUIET REALTY 2 LLC
506 Eastern Parkway, Suite 1
Brooklyn, New York 11225-1558

A.G. PARKER, INC.
P.O. Box 070458
Brooklyn, New York 11207

JOHN PARKER
512 Eastern Parkway
Brooklyn, New York 11225-1558

ROBERT THOMAS
506 Eastern Parkway
Brooklyn, New York 11225-1558

_____
RICHARD JACK

Sworn to before me this
7th day of March, 2005

_____
NOTARY PUBLIC

DIANE LUTWAK
Notary Public, State of New York
No. 24-4924471
Qualified in Kings County
Commission Expires February 22, 19~~ 2006