## Certificate of Service

I hereby certify that on March 25, 2005, the foregoing documents consisting of Defendants' Notice of Motion to Dismiss the Complaint with accompanying affidavits and exhibits, and Defendants' Memorandum of Law to Dismiss the Complaint were **filed** with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

DIANE E. LUTWAK
Attorney for Plaintiff
Attn: Ashwani Prabhakar, Esq., of counsel
111 Livingston Street, 7th Floor
Brooklyn, New York 11201

LIONEL ALAN MARKS (LM7564)
Attorney for Defendants
61 Broadway – Suite 3000
New York, New York 10006