UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------

DAPHNE BENTLEY,

                              Plaintiff,

          v.

PEACE AND QUIET REALTY
2 LLC., et al.,

                              Defendants.

-----------------------------------------------------------------------------

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 1 2005 ★

BROOKLYN OFFICE

**ORDER OF DISCONTINUANCE**

<u>CV-05-917</u> (NGG)

GARAUFIS, J.


          It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action

if the settlement is not consummated.


                              SO ORDERED.


                              _____
                              NICHOLAS G. GARAUFIS, U.S.D.J.


DATED:      Brooklyn, N.Y.
            May 10, 2005